OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIPCODE 78701

$ 00.26⁵
DEC 18 2014

12/15/2014
HATCHER, CHARLES LEWIS
Tr. Ct. No. C-297-010337-0382814-F
WR-9,727-30

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CHARLES LEWIS HATCHER
TARRANT COUNTY JAIL - TDC # 0014997 ANK
100 N. LAMAR
FORT WORTH, TX 76102

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

N3B 76196